IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

UNITED STATES OF AMERICA

vs.

TERRY PRESSLEY

**ORDER**

CRIMINAL NO.   3:05-mc-93 (JRM)

Pursuant to the Criminal Justice Act, 18 U.S.C. Section 3006A, and the Plan of the District approved thereunder on April 21, 1971 by the Judicial Council of the Fourth Circuit,

**IT IS ORDERED** that the Federal Public Defender is appointed to represent the above named defendant.

Joseph R. McCrorey
United States Magistrate Judge

May 9, 2005

Columbia, South Carolina